DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES P. SLOWEY,**
Appellant,

v.

**BEACH TERRACE RESORT CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D21-1665

[November 10, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE20-002653(13).

Louis C. Arslanian, Hollywood, for appellant.

Kimberly Kanoff Berman of Marshall Dennehey Warner Coleman & Goggin, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and GROSS, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***